In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00372-CR
_____

KENNETH WAYNE MCCREIGHT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 75th District Court
Liberty County, Texas
Trial Cause No. CR33154

**MEMORANDUM OPINION**

In this appeal, Kenneth Wayne McCreight's appellate counsel filed a brief in which she contends no arguable grounds can be advanced to support a decision reversing McCreight's conviction for the unlawful possession of a firearm. *See* Tex. Penal Code Ann. § 46.04(a) (West 2011). The trial court sentenced McCreight to four years in prison.

1

The attorney appointed to represent McCreight in his appeal filed an *Anders* brief presenting counsel's professional evaluation of the record. *See Anders v. California*, 386 U.S. 738, 744 (1967). Counsel asserts she reviewed the trial proceedings; she also discusses the evidence adduced at trial, points out the location in the record where pertinent testimony can be found, discusses trial objections and rulings, and concludes any further efforts to pursue an appeal would be frivolous. *See id.*; *High v. State*, 573 S.W.2d 807, 810–11 (Tex. Crim. App. 1978). After reviewing McCreight's *Anders* brief, we granted an extension of time to allow McCreight to file a *pro se* response. However, no response was filed.

After reviewing the appellate record and the *Anders* brief filed by McCreight's counsel, we agree with counsel's conclusion that an appeal on the current record would be frivolous. Therefore, it is not necessary we appoint new counsel to re-brief McCreight's appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991) (requiring the court of appeals to appoint other counsel only if it determines there are arguable grounds for the appeal). Given our conclusion no arguable grounds exist to support McCreight's appeal, we affirm the trial court's judgment.[1]

---

[1] McCreight may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on June 6, 2018
Opinion Delivered October 3, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.